UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

FILED
MAR 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In re  )  Case No.
   Edward M. Harris,  )
        )  PETITION FOR WRIT OF
   Petitioner,  )  HABEAS CORPUS *Ad Subjiciendum*
vs.  )

Dan Joslin, Warden
FDC Seagoville

Respondent.

CASE NUMBER   1:06CV00479

JUDGE: James Robertson

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 03/14/2006

## PETITION FOR WRIT OF HABEAS CORPUS

Edward M. Harris, inhabitant of Washington, applicant herein (hereafter Petitioner), hereby applies to this Court for a writ of habeas corpus *ad subjiciendum* in the course of the common law as guaranteed pursuant to Article I, § 9, of the Constitution of the United States, and would show the Court that Petitioner is illegally restrained of his liberty by Dan Joslin, Warden of Seagoville Federal Detention Center, Seagoville, Texas at 2113 North Hwy 175, Seagoville, TX 75159, the nature of such illegal restraint being uncertain, as no arrest warrant has been given Petitioner as reason for his arrest and detention, however, to the best of Petitioner's information and belief, the only probable reason being indirect civil contempt of court, failure to appear at a show cause hearing in Dallas, Texas, in a civil matter.

### JURISDICTION

This Court has jurisdiction to hear and grant this application and issue the writ of habeas corpus, admit to bail pending hearing and discharge Petitioner if restraint is found to be illegal — pursuant to 28 U.S.C. § 2241(a) (in as much as this court appears to be the only continental "district court", said term being defined in 28 U.S.C. § 451 as meaning those courts constituted

1

by chapter 5 of Title 28[1], and for reason of nationwide application of § 2241[2] and 28 U.S.C. § 2241(c)(1), (2) and (3)

> "(c) The writ of habeas corpus shall not extend to a prisoner **unless** - - (1) He is in custody under or by color of the authority of the United States..." (2) ...an order, process, judgment or decree of a court or judge of the United States. (3) He is in custody in violation of the Constitution or laws or treaties of the United States."

Articles I § 11; Article I, § 9, Cl. 2 of the Constitution of the United States; Article VIII of the Universal Declaration of Human Rights, U.N. Res. 217 A(III) of December 10, 1948; The International Covenant on Civil and Political Rights, U.N. Res. 2200 A (XXI) of December 16, 1966 and Ratification of the Covenant by the United States Senate on April 2, 1992, and signed by President George Bush on June 1, 1992; — when violations of Petitioner's 4th Amendment to the Constitution of the United States rights and guarantees of due process under the 5th Amendment are violated, i.e., **arrest without warrant in the absence of probable cause, absent reading of rights and being held without bail, absent arraignment, imprisoned and held for trial in a civil case**, are alleged. Petitioner does not consent to have the issues heard before a magistrate judge

Petitioner declares as follows:

1. I am presently restrained of my liberty absent a warrant, complaint, claim or valid process issuing from a Court of competent jurisdiction, in violation of my rights as guaranteed

---

[1] Whether or not name change from District Court of the United States to United States District Court (USDC) in 1948 contemplates "constituted", this court is the only USDC competent upon which congress has expressly conferred Article III powers. To the contrary, the United States District Court for the Northern District of Texas (USDC NDT) was constituted February 24, 1879 by 20 Stat. 318 (45th Congress) therefore not contemplated as being defined in § 451 as a "district court" constituted by chapter 5 of Title 28.

[2] O'Donoghue v U.S. 289 US 516, 77 L.Ed 1356, 53 S.Ct. 740.

by the Washington Constitution, Texas Constitution, and the 4th, 5th and 6th Amendments to the Constitution of the United States; and

2.  I am arrested at approximately 1:00 p.m., on Wednesday, April 17th, 2002. I am riding in a vehicle as a passenger, and without probable cause, the vehicle is stopped by several units of the Washington State Patrol, the driver and I are ordered out of the vehicle at gunpoint, the driver is violently thrown to the ground and both he and I are handcuffed. I and the driver demand to know the cause for the stop and demand a warrant. One of the officers identified himself as "Cliff Pratt", and said "I don't need a warrant, I am protected." My wallet and the driver's wallet with our identification is removed from our persons. Within minutes, two more person arrive, and I am given into their custody. The driver demands that they identify themselves, and one of the men replies "U.S. Marshals, and we are taking this man with us." The driver demands to know where I am being taken and one of the persons replied "to the U.S. District Court in Tacoma." The driver demands to see identification, and they refuse. We both demand a warrant, and they admit they do not have one, and state they don't need one; and

3.  I am not named as a party in civil action 3:02-CV-0605-R which has had a final judgment on November 10, 2004 and appeal taken and denied on December 21, 2005 or any criminal proceeding; have not been served with arrest warrant; and

4.  I am taken to and detained at the Federal Detention Center SeaTac, 2425 South 200th Street, Sea-Tac, Washington; and

5.  Washington law provides that arrest conform to procedure as set forth in the Washington Revised Statutes. Arrest without a warrant must be for a felony. Arrest for misdemeanor requires warrant; and

6. On Thursday, April 25, 2002, I am taken to Texas, Seagoville Federal Detention Center, see Exhibit A; and

7. I am incarcerated since that date, except for a furlough between December 16, 2004 and November 17, 2005.

8. At no time before, during or after my arrest have I been informed of my rights (mirandized), been presented with a copy of an arrest warrant or have been arraigned, in violation of my due process rights guaranteed under the Washington Constitution and the 4th, 5th and 6th Amendments to the Constitution of the United States ; and

9. I have been continuously held without bail in violation of my due process rights guaranteed under the Washington Constitutions and the 4th, 5th and 6th Amendments to the Constitution of the United States ; and

10. Petitioner does not waive any rights including those protected under the laws of the United States, the state of Washington and the state of Texas including but not limited to, lawful arrest, being informed of my "Miranda" rights, timely formal arraignment, reasonable bail, extradition hearing before being transported out of the state of Washington, etc.

Petitioner has not been accused of or charged with the violation of any law of the United States. This alleged civil contempt was not a violation of a decree or injunction issued to enforce the laws of the United States, rather an alleged violation of an invalid "turnover order". The Fifth circuit has already ruled on a similar issue, in this civil action, defining what "enforce the laws of the United States" refers to.

> "Because the instant case involves the defendants' alleged violation of various federal securities laws, the district court's contempt orders were issued to 'enforce the laws of the United States'. Therefore, pursuant to Fed. R. Civ. P. 4.1(b), the district court's contempt orders were properly served and enforced in any district."

4

Again, petitioner is not a defendant nor a party nor has Petitioner been accused of or charged with the violation of any law of the United States nor has any decree or injunction to enforce the laws of the United States issued to or against petitioner.

Petitioner has been arrested without a warrant, was not "mirandized" or arraigned, has been transported across state lines without extradition and been incarcerated in a Federal Detention Center in Texas and tried in a civil case in which I am not a party.

Petitioner seeks habeas relief from this illegal and unlawful incarceration.

WHEREFORE, Petitioner respectfully prays that your Honor issue a Writ of Habeas Corpus commanding Dan Joslin, Warden of Seagoville Federal Detention Center, to have said Petitioner brought before your Honor at such time and place as you may designate, and that Dan Joslin, Warden of Seagoville Federal Detention Center, be required to show cause why Petitioner is detained and should not be released forthwith, and that pending traverse and hearing, that Petitioner be released on his own recognizance.

Dated: March 13, 2006

*Edward M Harris*
Edward M. Harris, Petitioner
31832-086
Seagoville, FDC
P.O. Box 9000
Seagoville, TX 75159

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sworn to and subscribed this 13th day of March, 2006.

*Edward M Harris*
Edward M. Harris

5

## CERTIFICATE OF SERVICE

I, Denise V. Reese, do hereby declare under penalty of perjury, that I am a citizen of the United States, over the age of 18 and not party to the action, and that I filed a true copy of the above **PETITION FOR WRIT OF HABEAS CORPUS**, by placing with Federal Express all fees paid with the court listed below and Dan Joslin, Warden of Seagoville Federal Detention Center this the 13th day of March, 2006.

Clerk of the Court
U.S.D.C. for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

**Federal Express No.: 8566 5190 8935**

Dan Joslin, Warden
FDC Seagoville
Federal Detention Center
Attn: Warehouse
2113 North Hwy 175
Seagoville, TX  75159

Executed this 13th day of March, 2006, at Rancho Cordova, California.

_Denise V. Reese_
Denise V. Reese

# AFFIDAVIT IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS
of
Edward M. Harris

I, Edward M. Harris, Affiant herein, hereby depose and state the facts herein and attest that this Affidavit is true, correct and complete, to wit:

1. That, I have personal knowledge of each of the facts stated herein; and

2. That, I am of lawful age and am competent to make this Affidavit; and

3. That, I am not a ward of, or under the guardianship of or conservatorship of another person or entity; and

4. That, this Affidavit is made as a matter of public record, in my own sovereign right, in *sui juris* capacity; and

5. That, I am a flesh-and-blood, natural born man, one of the People and a member of the sovereign class, "We the People", and

6. That, it is my information and belief that this first-class status enjoys the God-given, "unalienable rights" declared by the Declaration of Independence and guaranteed by the Constitution of the United State of America; and

7. That, I am a property owner and inhabitant of the county of Pierce, state of Washington, where I have occupied such status for the past twenty-five years; and

8. That, I am engaged in an occupation, (non-governmental), of common right in Washington, one of the 50 union states in America; and

9. That, I am not a party to action 3:02-CV-0605-R, therefore my constitutional rights to due process have been violated; and

10. That, civil action 3:02-CV-0605-R was terminated by final judgment on November 10, 2004 (see United States District Court for the Northern District of

Texas docket entry #655), therefore they have violated my 5th Amendment right to due process; and

11. That, I was arrested without an arrest warrant issuing from any state or federal court; and

12. That, I was arrested in WA state and removed to Texas without extradition hearing; and

13. That, a search and seizure warrant has never issued; and

14. That, I have been incarcerated from April 17, 2002 to December 16, 2004 and again from November 17, 2005 to present day for an approximate total of 36-months; and

15. Further, Affiant sayeth naught.

Dated: March 13, 2006

*Edward M Harris*
Edward M. Harris


## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sworn to and subscribed this 13th day of March, 2006.

*Edward M Harris*
Edward M. Harris

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 11 2002
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br>vs.<br><br>RESOURCE DEVELOPMENT INTERNATIONAL, LLC, DAVID EDWARDS, JAMES EDWARDS, JADE ASSET MANAGEMENT, LTD, SOUND FINANCIAL SERVICES, INC, INTERCOASTAL GROUP, LLC, INTERCOASTAL GROUP II, LLC, KEVIN LYNDS, GERALD J. STOCK, BLACKWOLF HOLDINGS, LLC and WILLIAM WHELAN,<br><br>       Defendants,<br>   and<br><br>PACIFIC INTERNATIONAL LIMITED PARTNERSHIP, INTERNATIONAL EDUCATION RESEARCH CORPORATION, GALAXY ASSET MANAGEMENT, INC. and DAVID CLUFF, Individually and d/b/a RIVERA TRUST 410,<br><br>       Defendants Solely for<br>       Purposes of Equitable Relief. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>No. 3:02-CV-0605-H |

APR 12 2002
U.S.D.C.

## <u>ORDER FINDING EDWARD M. HARRIS IN CONTEMPT OF COURT AND DIRECTING THE UNITED STATES MARSHAL TO TAKE INTO CUSTODY AND DETAIN EDWARD M. HARRIS UNTIL FURTHER ORDER OF THIS COURT</u>

The Court having conducted a hearing on April 11, 2002, on the Motion to Hold President of Defendant Jade Asset Management, Ltd. in Civil Contempt For Failure to

Exhibit A

Comply With This Court's Order For Show Cause Hearing filed by the Commission and the Receiver, the Court finds as follows:

1. On March 25, 2002, this Court entered an Order Appointing Temporary Receiver ("Receivership Order") in which, among other things, the Court took exclusive jurisdiction and possession of all Receivership Assets, including all assets of the Defendant Jade Asset Management, Ltd. ("Jade").

2. The Receivership Order further directed all Defendants, Relief Defendants and *all persons in active concert of participation* with the Defendants or Relief Defendants who received actual notice of the Receivership Order to promptly deliver to the Receiver, all "Receivership Assets in the possession or under the control of any one or more of them and shall promptly surrender all books and records of any kind pertaining or belonging to Defendants or Relief Defendants."

3. On March 25, 2002, the Receiver, with the assistance of the United States Marshal, took possession of the business premises at which the operations of Jade were conducted. At such premises, a United State Marshal provided Edward M. Harris ("Harris"), the President of Jade with a copy of the Receivership Order, and the Receiver instructed Harris to read the Receivership Order.

4. After providing sufficient time for Harris to read the Receivership Order, the Receiver met with Mr. Harris at which time Harris admitted that he was the President of Jade; that Jade had offshore bank accounts in which Harris was the signatory; and that Harris had the ability to direct monies into and out of those accounts. Harris further admitted to the Receiver that monies were in the Jade offshore account, but Harris refused to disclose the amount of such monies held in the account.

5. The Receiver informed Harris that pursuant to the Receivership Order, all of the assets of Defendant Jade were to be turned over to the Receiver. The Receiver then made demand upon Harris to have the Jade monies held offshore turned over to the Receiver, but

Harris refused.

6.  A substantial amount of Receivership Assets are held in offshore accounts in the name of Jade.

7.  Edward M. Harris is in contempt of this Court's orders for:

a.  failing to appear before this Court on April 11. 2002, at 10:00 a.m., to show cause as to why he should not be held in contempt of court; and

b.  failing to turn over to the Receiver all Receivership Assets under his control.

NOW THEREFORE IT IS ORDERED that Edward M. Harris shall be remanded into the custody of the United States Marshal and taken to the detainment facility located nearest to the Dallas Division of the United States District Court for the Northern District of Texas and there remain incarcerated until such time as he complies with the orders of this Court and delivers all Receivership Assets in his possession, custody or control to the Receiver.

SIGNED this 11 day of April, 2002.

                                                                _____
                                                                 JUDGE JERRY BUCHMEYER
                                                                 UNITED STATES DISTRICT COURT
                                                                NORTHERN DISTRICT OF TEXAS