UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD M. HARRIS,<br><br>    Petitioner,<br><br>v.<br><br>DAN JOSLIN<br><br>    Respondent. | :<br>:<br>:<br>:<br>:  Civil Action No. 06-0479 (JR)<br>:<br>:<br>:<br>:<br>: |

ORDER

Petitioner challenges his detention at the Federal Detention Center in Seagoville, Texas. He seeks a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004).  Petitioner's custodian is not within this Court's territorial jurisdiction.  Accordingly, it is

**ORDERED** that pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Northern District of Texas.


JAMES ROBERTSON
United States District Judge